# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO. 3:20-591

DAVID TSUI

## PLEA

The Defendant, DAVID TSUI, acknowledges receipt of a copy of the INFORMATION and after arraignment pleads GUILTY in open court.

_____
Defendant signature

Columbia, South Carolina

November 18, 2020