IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:20-591-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID TSUI | ) | |
| _____ | ) | |

This matter is before the court upon motion of the defendant, through his counsel, for leave to travel with his wife, children and two neighbors on a vacation to Portugal. The defendant would leave from Raleigh/Durham, North Carolina airport on July 13, 2021 and return to his home in Chapel Hill, North Carolina on July 27, 2021. The defendant states that while in Portugal, he will be spending five days in the Lisbon area and five days in the Madeira area.

Briefly, the defendant was released on an unsecured bond after he pled guilty before this court on November 18, 2020. He states that he has been very cooperative with law enforcement during his criminal case and before he was charged. He has complied with his unsecured bond over the past eight months. The defendant is an American citizen and has lived in the United States for approximately 36 years. The defendant also has numerous family members, as well as his parents, that live in the United States. The defendant also states that he and his family own commercial and rental property that requires his attention.

In his motion, the defendant noted that he consulted with the Government and the United States Probation Office and that "neither takes a position on this request." The court

1

requested a response to the motion from the Probation Office who replied that because the defendant is not on pretrial supervision, his office neither objects nor supports his request. The Probation Office did indicate in its reply to the court that based on its investigation into the defendant's background, the office discovered no information indicating that the defendant was a flight risk. In addition, the government advised the court that it did not oppose the defendant's motion for travel.

The defendant is granted leave to travel on the dates mentioned previously in this order. The defendant must submit forthwith his itinerary to the court and the names of all parties with whom he will be traveling.

The Probation Office is authorized to temporarily release the defendant's passport to him for this international travel. The passport shall be immediately returned upon the defendant's return to the United States on July 27, 2021.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 7, 2021
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge