IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:20-591 |
| | ) | |
| -vs- | ) | **REQUEST FOR** |
| | ) | **PROTECTION** |
| | ) | |
| DAVID TSUI, and | ) | |
| COMFORTLAND INTERNATIONAL, LLC, | ) | |
| Defendants. | ) | |

The undersigned, Andrew B. Moorman, Sr., seeks protection from court appearances on the following dates due to a previously planned vacation:

- **June 6, 2023 through June 23, 2023.**

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

Greenville, South Carolina
June 4, 2023.